# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

June 12, 2017

Christian L. Connell
1410 1st Virginia Tower
555 East Main Street
Suite 1102
Norfolk, VA 23510

Kim M. Crump
440 Monticello Avenue
Suite 1873
Norfolk, VA 23510

Amy E. Cross
Kevin P. Hudson
Eric M. Hurt
OFFICE OF THE UNITED STATES ATTORNEY
Fountain Plaza 3, Suite 300
721 Lakefront Commons
Newport News, VA 23606

J. Lloyd Snook III
SNOOK & HAUGHEY, PC
408 East Market Street, Suite 107
Charlottesville, VA 22902

Re:

No. 17-4230,   US v. Nader Abdallah
               4:15-cr-00018-RAJ-LRL-3

No. 17-4357    US v. Charles Ritchie
               4:15-cr-00018-RAJ-LRL-1

No. 17-4377    US v. Benjamin Galecki
                      4:15-cr-00018-RAJ-LRL-2

Dear Counsel:

       Once the status of counsel has been determined for defendant Charles Burton Ritchie, we intend to consolidate these cases because the defendants were tried together. The lead case will be 17-4230. If a docketing notice has been issued in an individual appeal, counsel may proceed to file initial forms as directed.

       In the meantime, please do not hesitate to contact the clerk's office if any questions arise or you need further assistance.

                                                     Sincerely,

                                                     /s/ Amy L. Carlheim
                                                     Deputy Clerk